N THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

## **APPLICATION AND AFFIDAVIT FOR ARREST COMPLAINT**

I, Justin M. Page, United States Postal Inspector, do hereby swear and affirm the following facts as being true to the best of my knowledge, information, and belief:

1.  I am a United States Postal Inspector, assigned to investigate the unlawful transportation of contraband, including Title 21 controlled substances, through the United States Mail. I have been a Postal Inspector since July 2012. As part of my duties, I investigate incidents where the United States mail system is used for the purpose of transporting non-mailable matter, including controlled substances in violation of Title 21, United States Code, Sections 841(a)(1) Possession with Intent to Distribute a controlled Substance and 843(b) Use of a Communication Facility to Facilitate the commission of a Federal Drug Felony.

    a. I am currently assigned to the Seattle Division, specifically to the Anchorage Domicile, which is responsible for the investigating of controlled substance law violations involving the United States Mails.

    b. During my career I have participated in several drug interdictions in the State of Alaska, studying the various mailing characteristics of controlled substance traffickers for incoming and outgoing parcels.

2.  I am submitting this Affidavit in support of a Complaint and Arrest

Warrant for Andrew Paul NEWMAN (NEWMAN) who beginning on or before the 31st July of 2013, in the district of Alaska and elsewhere did unlawfully combine, conspire, confederate, and agree together and with others known and unknown to possess knowingly, intentionally, and with intent to distribute 50 grams or more of actual methamphetamine a controlled substance, in violation of Title 21 USC 841 (a)(1), all of which is in violate of Title 21 United States Code 846 and 841 (b)(1)(A). Because this Affidavit is submitted for the limited purpose of establishing probable cause in support of the application for an arrest warrant, it does not set forth each and every fact that I or others have learned during the course of this investigation.

## **RELEVANT FACTS**

3.  On August 1, 2013, the Express Mail Parcel EK 091590035 US, was identified by a Postal Inspector, addressed to "3570 Erin drive, Nort (spelling error) pole, AK 99705, Jason Heim," from "125 W Olive drive Apt "A", San Ysidro, Paul Velazquez." (herein referred to as the subject parcel). A federal search warrant was obtained, Magistrate Number 4:13-MJ-00035-SAO, from United States Magistrate Scott A. Oravec, Fairbanks, AK, for the subject parcel.

4.  On August 1, 2013, at approximately 4:34 PM, federal search warrant 4-13-MJ-00035-SAO was executed on the subject parcel. The subject parcel was found to contain approximately 204 grams gross weight of a white crystal substance, which was inside three layers of Ziplock bags wrapped in a dryer

2

sheet and several layers of plastic tape, which was inside carbon paper inside a yellow "Scotch" bubble mailer envelope. A NIK field test was performed on the white crystal substance resulting in a positive reaction for methamphetamine. Based on my training and experience, as well as that of the other agents investigating this case, this amount of methamphetamine is consistent with possession with intent to distribute. Also based on my training and experience as well as conversations with other law enforcement officers who investigate narcotic cases in the Fairbanks, Alaska area, this amount of methamphetamine coupled with the average percentage of purity of methamphetamine would suggest that this methamphetamine would be consistent with 50 grams or more of actual methamphetamine.

5. As a result of the seizure, on August 2, 2013, an order authorizing the installation and monitoring of an electronic alerting device and tracking device was obtained, Magistrate Number 4:13-MJ-00037-SAO, from United States Magistrate Judge Scott A. Oravec, Fairbanks, AK for the subject parcel.

6. Law enforcement officers removed the original 204 grams gross of methamphetamine and inserted a sham product into the parcel. A representative sample of the methamphetamine was also placed in the subject parcel. At approximately 3:10 PM on August 2, 2013, Postal Inspectors delivered the subject parcel to 3570 Erin Drive, North Pole AK (herein referred to as the subject address). Inspector Kim Dallas posed as a United States Post Office mail carrier, and delivered the subject parcel to 3570 Erin Drive, North Pole, AK. A white adult male answered the door and signed for

the subject parcel using the name Keith Harvey (Harvey). Harvey stated that Jason would mostly likely be by later to pick up the parcel. Inspector Dallas left the residence.

7. At approximately 4:30 PM, law enforcement officers identified a light blue GMC Suburban with license plate EFM 426 pull up to the subject address. Law enforcement officers then saw a white adult male enter the subject address and leave with the subject parcel in the light blue GMC Suburban. Alaska State Trooper (AST) Josh Moore identified the white adult male as Jason Carl HEIM (HEIM). AST Moore also advised HEIM was not the driver of the vehicle.

8. At approximately 4:40 PM, law enforcement officers followed the light blue GMC Suburban until it reached its final destination of what was identified as an abandoned trailer directly across the corner of Branch and Gordon, North Pole, AK.

9. The GMC Suburban arrived at this address at approximately 4:50 PM.

10. At approximately 4:50 PM the electronic monitoring device changed tone, indicating that the subject parcel had been opened.

11. Agents waited approximately 4 minutes and then executed Federal Warrant 04:13-MJ-00037-SAO. The GMC Suburban was parked to the left of the abandoned trailer behind an unidentified vehicle.

12. When officers approached the scene two males, one who was identified as Andrew NEWMAN, were outside the GMC Suburban standing in front of the unidentified vehicle with the contents of the subject parcel on the hood of the

4

unidentified vehicle. While securing the two male subjects, law enforcement officers discovered the Express Mail envelope of the subject parcel crumpled up in a tire between the unidentified vehicle and the abandoned trailer.

13. The two male subjects of the GMC Suburban were identified, by law enforcement officers, as NEWMAN and HEIM. AST Moore advised that NEWMAN was the driver of the GMC Suburban.

14. The sham narcotics and the contents of the subject parcel had been covered in "Clue Spray." When an individual touches an object with "Clue Spray" on it, the individual's hands or any other object that came in contact with the "Clue Spray" will glow when placed under a black light. Agents DID observe a glow consistent with "Clue Spray" on NEWMAN's hand and forearms when they were subjected to a black light.

15. At the time of this affidavit, I am unaware of any criminal history for NEWMAN.

16. The GMC Suburban with Alaska License Plate EFM 426 is registered to Sharon Hopkins (Hopkins) at 2641 Lancelot Dr. E, North Pole, AK 99705. NEWMAN's Alaska State driver's license lists his address as 2641 Lancelot Dr. E, North Pole, AK 99705. AST Moore informed me Hopkins is a known associate and possible girlfriend of NEWMAN.

17. Based on my training and experience as a Postal Inspector and the aforementioned factors, your affiant believes that Andrew Paul NEWMAN did beginning on or before the 31st July of 2013, in the district of Alaska and elsewhere did unlawfully combine, conspire, confederate, and agree together

5

and with others known and unknown to possess knowingly, intentionally, and with intent to distribute 50 grams or more of actual methamphetamine a controlled substance, in violation of Title 21 USC 841 (a)(1), all of which is in violate of Title 21 United States Code 846 and 841 (b)(1)(A).

FURTHER AFFIANT SAYETH NAUGHT.

Redacted Signature

Justin M. Page
Postal Inspector

Subscribed and sworn to before me, this 3rd Day of August 2013.

Recacted Signature

SCOTT A. ORA STG
U.S. MAGISTRATE JUDGE